**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                    **4:05CR00055-02-WRW**

**WILLYSTINE CREGGETT**

## ORDER

Pending is Defendant's Motion to Change Method by Which Balance of Sentence is

Served (Doc. No. 71).  Defendant requests an "order changing the method by which the balance

of her sentence is served by allowing her to serve the remaining 70 months of her sentence on

home confinement."[1]

The motion is DENIED.

IT IS SO ORDERED this 29th day of September, 2009.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1]Doc. No. 71.