IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                    4:05-CR-00055-BRW

WILLYSTINE CREGGETT

## ORDER

Pending are Defendant's Motions for Credit for Jail Time Served (Doc. Nos. 74, 75). For the reasons set out below, the Motions are DENIED.

On June 2, 2006, Ms. Creggett was sentenced to 110 months in the custody of the United States Bureau of Prisons to run consecutively to the undischarged term of imprisonment she was serving in the Arkansas Department of Correction. According to Ms. Creggett, she should be given credit on her federal sentence for 2 years she spent in the ADC and Dallas County Jail between 2001 and 2004. Ms. Creggett states that the Bureau of Prisons has no record of this, and asks me to look into it. I have looked into it, and find Ms. Creggett is not entitled to the 2 years of credit as stated in her Motions.

A review of the record and documents received from the Bureau of Prisons reveals the following time line:

| | |
|---|---|
| August 11, 2003 | ADC released Ms. Creggett after serving state charge. |
| September 22, 2004 | Ms. Creggett's release on the state charge revoked and she returned to ADC custody. |
| March 4, 2005 | Federal Indictment filed, charging Ms. Creggett with being a felon in possession of a firearm.[1] |

---

[1] Doc. No. 1.

1

| | |
|---|---|
| March 11, 2005 | United States Attorney's Office requested that Ms. Creggett be transported from ADC's McPherson Unit in Newport, Arkansas, to appear at a plea-and-arraignment hearing in Little Rock.[2] |
| March 15, 2005 | Ms. Creggett transported by United States Marshall to appear at hearing.[3] |
| March 16, 2005 | Ms. Creggett returned to ADC custody.[4] |
| August 24, 2005 | Ms. Creggett's lawyer requested a continuance, noting that Ms. Creggett was, at the time, incarcerated in ADC on an unrelated matter.[5] |
| November 28, 2005 | United States Marshall took Ms. Creggett into custody for court appearance in Little Rock. |
| November 29, 2005 | Ms. Creggett appeared at hearing and pled guilty to being a felon in possession of firearms. United States Marshall returned Ms. Creggett to ADC custody. |
| May 19, 2006 | United States Attorney's Office requested Ms. Creggett be transported from McPherson Unit to appear at a sentencing hearing on June 2, 2006.[6] |
| June 1, 2006 | United States Marshall took Ms. Creggett into custody for court appearance in Little Rock. |
| June 2, 2006 | The Court sentenced Ms. Creggett to 110 months in the custody of the United States Bureau of Prisons to run consecutively to the undischarged term of imprisonment in the ADC. |
| June 5, 2006 | United States Marshall returned Ms. Creggett to ADC custody. |
| August 28, 2006 | Ms. Creggett released from ADC into custody of United States Bureau of Prisons to begin serving 110-month federal sentence. |

---

[2] Doc. No. 4.

[3] Doc. No. 11.

[4] Doc. No. 22.

[5] Doc. No. 38.

[6] Doc. No. 59.

Ms. Creggett's federal sentence was to run consecutively to her state sentence.  In other words, Ms. Creggett did not begin serving her federal sentence until after she was released from the ADC, which was on August 28, 2006.[7]  Accordingly, she is not entitled to credit for time served on her state sentence and her Motions (Doc. Nos. 74, 75) are DENIED.

IT IS SO ORDERED this 23rd day of May, 2014.


    /s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[7] *See* Doc. Nos. 3, 4.